# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.   )   CR NO: 2:10-153 GEB

**DAVID CHARLES HONEYCUTT**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum         ☐ Ad Testificandum.

Name of Detainee:  **DAVID CHARLES HONEYCUTT**

Detained at (custodian):  **DVI, Tracy, California**

Detainee is:  a.)  ☒ charged in this district by:
☒ Indictment     ☐ Information     ☐ Complaint

Charging Detainee With:  **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm; 21 U.S.C. § 841(a)(1) - Possession of Methamphetamine with Intent to Distribute**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Jill M. Thomas
Printed Name & Phone No: **JILL M. THOMAS (916) 554-2781**
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum         ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 3, 2010                    /s/ Gregory G. Hollows
Date                                 United States District/Magistrate Judge

honeycutt.ord

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | V05862 | DOB: | 11/10/1978 |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, California 95378-0400 | FBI #: | |
| Facility Phone: | 209-835-5252 | | |
| Currently Incarcerated For: | Parole Violation | | |

### RETURN OF SERVICE

Executed on _____ by _____        _____
                                         (Signature)

Form Crim-48                                        Revised 11/19/97