DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID CHARLES HONEYCUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br>DAVID CHARLES HONEYCUTT,              )<br>                                      )<br>            Defendant.                )<br>_____) | Case No. 2:10-CR-153 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br>TO CONTINUE STATUS CONFERENCE TO<br>APRIL 8, 2011<br><br>Date:  March 4, 2011<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by the parties, through counsel, Jill Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for defendant David Honeycutt, that the Court vacate the status conference scheduled for March 4, 2011, at 9:00 a.m., and reset it for April 8, 2011, at 9:00 a.m.

   Counsel seeks additional time to conduct further legal research and continue ongoing defense investigation.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 8, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's

1  request for a continuance outweigh the best interest of the public and
2  defendant in a speedy trial, and that this is an appropriate exclusion of
3  time for defense preparation within the meaning of 18 U.S.C. §
4  3161(h)(7)(A) and (B) (Local Code T4).

5  Dated: March 1, 2011                    Respectfully submitted,

6                                          DANIEL BRODERICK
                                           Federal Defender
7
                                           /s/ M. Petrik
8                                          _____
                                           MICHAEL PETRIK, Jr.
9                                          Assistant Federal Defender
                                           Attorneys for Defendant
10

11

12 Dated: March 1, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           /s/ M. Petrik for J. Thomas
14                                         _____
                                           JILL THOMAS
15                                         Assistant U.S. Attorney

16

17                                  **ORDER**

18      **IT IS SO ORDERED.**  The Court orders time excluded from the date of
19 this order through the status conference on April 8, 2011, pursuant to 18
20 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

21 Dated:  March 2, 2011

22

23                                         _____
                                           GARLAND E. BURRELL, JR.
24                                         United States District Judge

25

26

27

28

Stipulation and Order                -2-