DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID CHARLES HONEYCUTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-153 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) TO CONTINUE STATUS CONFERENCE TO |
| | ) MAY 6, 2011 |
| DAVID CHARLES HONEYCUTT, | ) |
| | ) Date: April 8, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by the parties, through counsel, Jill Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for defendant David Honeycutt, that the Court vacate the status conference scheduled for April 8, 2011, at 9:00 a.m., and reset it for May 6, 2011, at 9:00 a.m.

Counsel seeks additional time to conduct further legal research and continue ongoing defense investigation.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through May 6, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

1 parties stipulate that the ends of justice served by granting defendant's
2 request for a continuance outweigh the best interest of the public and
3 defendant in a speedy trial, and that this is an appropriate exclusion of
4 time for defense preparation within the meaning of 18 U.S.C. §
5 3161(h)(7)(A) and (B) (Local Code T4).

Dated: April 5, 2011                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant


Dated: April 5, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for J. Thomas
                                        _____
                                        JILL THOMAS
                                        Assistant U.S. Attorney


**ORDER**

   **IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on May 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: April 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-