```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID CHARLES HONEYCUTT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-153 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 3, 2011 |
| v. ) | |
| DAVID CHARLES HONEYCUTT, ) | Date: May 6, 2011 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

    The parties stipulate, through counsel, Jill Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Honeycutt, that the Court should vacate the status conference scheduled for May 6, 2011, at 9:00 a.m., and reset it for June 3, 2011, at 9:00 a.m.

    Counsel seeks additional time to negotiate a plea agreement in this matter.

    The parties further stipulate that the Court should exclude the period from the date of this order through June 3, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

Stipulation And [Proposed] Order    1    10-153 GEB

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 4, 2011                    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant


Dated: May 4, 2011                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for J. Thomas
                                      _____
                                      JILL THOMAS
                                      Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated:  May 9, 2011

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge