1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2781

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )     2:10-CR-00153-GEB
                                   )
12            Plaintiff,           )     FINAL ORDER OF FORFEITURE
                                   )
13        v.                       )
                                   )
14  DAVID CHARLES HONEYCUTT,       )
                                   )
15            Defendant.           )
    _____    )
16

17          WHEREAS, on or about June 21, 2011, this Court entered

18  a Preliminary Order of Forfeiture pursuant to the provisions of

19  18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the

20  Plea Agreement entered into between plaintiff and defendant David

21  Charles Honeycutt forfeiting to the United States the following

22  property:

23          a)   One Magnum .44 caliber handgun, serial number
                 N557887, and
24
            b)   One Maverick 12-gauge shotgun, serial number
25               MV968878.

26     AND WHEREAS, beginning on June 22, 2011, for at least 30

27  consecutive days, the United States published notice of the

28  Court's Order of Forfeiture on the official internet government

                                                              1

forfeiture site www.forfeiture.gov.  Said published notice
advised all third parties of their right to petition the Court
within sixty (60) days from the first day of publication of the
notice for a hearing to adjudicate the validity of their alleged
legal interest in the forfeited property;

AND WHEREAS, the United States of America has sent direct
written notice by certified mail to Robert Dostlik and William E.
McClure.

AND WHEREAS, the Court has been advised that no third party
has filed a claim to the subject property, and the time for any
person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting
to the United States of America all right, title, and interest in
the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
28 U.S.C. § 2461(c), to be disposed of according to law,
including all right, title, and interest of David Charles
Honeycutt.

2.  All right, title, and interest in the above-listed
property shall vest solely in the United States of America.

3.  The U. S. Marshals Service shall maintain custody of and
control over the subject property until it is disposed of
according to law.

SO ORDERED.

Dated:  September 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2